Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623- 9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) |
| | ) No. 4-09-bk-11901-JMM |
| JEFFREY MARK ROCKLAND and | ) |
| SUWATANA APAIRATANA | ) (Chapter 11) |
| ROCKLAND | ) |
| Debtors. | ) MOTION TO APPROVE LOAN |
| | ) MODIFICATION AND REQUEST FOR |
| | ) EXPEDITED HEARING |
| | ) |
| | ) |

COMES NOW, Jeffrey Mark Rockland and Suwatana Apairatana Rockland, Debtors in the above captioned Chapter 11 proceeding, by and through their counsel undersigned and moves this Honorable Court for an Order authorizing the Debtors to enter into a loan modification agreement attached hereto and made a part of, and request an expedited hearing on the same. In support thereof debtors allege as follows:

      1.      This case commenced on May 29, 2009.

      2.      The property at issue is the Debtors' principal residence located at 7301 N. Westward Look Dr., Tucson, Arizona.

      3.      This motion concerns the  mortgage payments to the primary lienholder,  Wells Fargo Home Mortgage.

      4.      Debtors current mortgage obligation pursuant to the attached modification offer is at 6.0% interest, with a total monthly payment of $2,705.43 including principal, interest, taxes and insurance, and has a  maturity date of 05/01/38.

      5.      Wells Fargo Home Mortgage has proposed to the debtors a modification of their interest rate to 4.875%, thereby reducing their total monthly payment to $2,233.35

monthly on a 40 year mortgage. *See* **EXHIBIT A**, attached hereto.

6.    Debtors believe this loan modification is in their best interest, their creditors best interest and that of debtors' estate.

7.    Wells Fargo Home Mortgage's proposed modified terms includes a Post Modification Due Date of 11/01/2009.

8.    Debtors are requesting that the hearing on this matter be expedited.

WHEREFORE debtors respectfully move this Honorable Court for an Order approving the loan modification and request that the Court set an expedited hearing on the same.

RESPECTFULLY SUBMITTED:    September 29, 2009.

LAW OFFICES OF
ERIC SLOCUM SPARKS, P.C.

/s/ Sparks AZ Bar # 11726
Eric Slocum Sparks
Attorney for Debtors

COPIES of the foregoing
mailed: September 29, 2009.
:

United States Trustee
P. O. Box 36170
Phoenix, AZ 85067

Dianne C. Kerns, Esq.
Chapter 13 Trustee
7320 N. LaCholla #154-413
Tucson, AZ 85741

Cristina Layana
Wells Fargo Home Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715

David E. McAllister, Esq.
Josephine E. Piranio, Esq.

2

```
 1   PITE DUNCAN, LLP
     4375 Jutland Drive
 2   Suite 200
     San Diego, CA 92117
 3   Attorneys for GMAC Mortgage, LLC

 4   Mark S. Bosco, Esq.
     Leonard . McDonald, Esq.
 5   TIFFANY & BOSCO, P.A.
     2525 East Camelback Road
 6   Suite 300
     Phoenix, AZ 85016
 7   Attorneys for Bank of New York Mellon, fka The Bank of New York as
             Successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured
 8           Asset Mortgage Investments II, Inc.; Bear Stearns ALT-A Trust 2005-10;
             Mortgage Pass-Through Certificates, Series 2005-10, and
 9           Wells Fargo Bank, N.A.

10   Hilary B. Bonial
     Brice, Vander Linden & Wernick, P.C.
11   Attorneys for:
     CitiMortgage, Inc.
12   1000 Technology Drive
     O Fallon, Missouri 63368
13
     Kevin Hahn
14   Malcom Cisneros
     A Law Corporation
15   2112 Business Center Drive
     Irvine, CA 92612
16

17
     /s/ K. Horak
18

19

20

21

22

23

24

25

26

27

28
```

# EXHIBIT A



September 4, 2009

ERIC SLOCUM SPARKS
ERIC SLOCUM SPARKS PC
110 S CHURCH AVE #2270
TUCSON, AZ 85701
520-623-8330

NAME: SUWATANA ROCKLAND
CASE: 09-11901
WFHM: 708- 0086752904

Dear Sir or Madam:

WFHM previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that WFHM is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

THE PROPOSED MODIFICATION WOULD CONSIST OF THE FOLLOWING CHANGES:

| CURRENT TERMS | | Proposed Modified Terms | |
| --- | --- | --- | --- |
| Current UPB | $ 373,148.00 | Modified UPB | $ 384,372.44 |
| Current Maturity Date | 05/01/38 | Modified Mortgage Term | 480 |
| Current Interest Rate | 6.000% | Interest Rate | 4.875% |
| Current Payment Due Date | 05/01/09 | Post Modification Due Date | 11/01/2009 |
| Current P & I | 2,266.30 | Post Modification P & I | $1,821.72 |
| Current Payment Amount | 2,705.43 | Estimated Modified Payment amount | $2,233.35 |
| Amount Capitalizing | $ 11,224.44 | Contribution Required | $2,338.35 |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage**. When written consent is obtained it should be forwarded to my attention. <u>Once received, we will generate the loan documents to you for original signatures</u>. WFHM will then withdraw any proof of claim in this case and process, the modification as noted.

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE**.

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, WFHM does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call me at the number listed below, should you have any questions. I can also be reached by email at CRISTINA.LAYANA@WELLSFARGO.COM
I thank you for your time and support in this case.

SINCERELY,


CRISTINA LAYANA


Cc: SUWATANA ROCKLAND