THIS ORDER IS APPROVED.

Dated: October 21, 2009

*James M. Marlar*
JAMES M. MARLAR
Chief Bankruptcy Judge

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623- 9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

JEFFREY MARK ROCKLAND and
SUWATANA APAIRATANA ROCKLAND,
    Debtors.

No. 4-09-bk-11901-JMM

(Chapter 11)

**ORDER GRANTING MOTION TO APPROVE LOAN MODIFICATION**

    This matter having come before the Court on the Debtors' motion to approve a loan modification of the first mortgage loan on their principal residence and after conducting an expedited hearing, and good cause appearing;

    IT IS THEREFORE ORDERED that the debtors' motion to approve the loan modification of the first mortgage loan on their principal residence pursuant to all terms as set forth in the loan modification agreement attached to the motion (Doc. #53) and provided herewith as **EXHIBIT A** is GRANTED.

                                 DATED, SIGNED AND ORDERED ABOVE

# EXHIBIT A



September 4, 2009

ERIC SLOCUM SPARKS
ERIC SLOCUM SPARKS PC
110 S CHURCH AVE #2270
TUCSON, AZ 85701
520-623-8330

NAME: SUWATANA ROCKLAND
CASE: 09-11901
WFHM: 708- 0086752904

Dear Sir or Madam:

WFHM previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that WFHM is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

THE PROPOSED MODIFICATION WOULD CONSIST OF THE FOLLOWING CHANGES:

| CURRENT TERMS | | Proposed Modified Terms | |
|---|---|---|---|
| Current UPB | $ 373,148.00 | Modified UPB | $ 384,372.44 |
| Current Maturity Date | 05/01/38 | Modified Mortgage Term | 480 |
| Current Interest Rate | 6.000% | Interest Rate | 4.875% |
| Current Payment Due Date | 05/01/09 | Post Modification Due Date | 11/01/2009 |
| Current P & I | 2,266.30 | Post Modification P & I | $1,821.72 |
| Current Payment Amount | 2,705.43 | Estimated Modified Payment amount | $2,233.35 |
| Amount Capitalizing | $ 11,224.44 | Contribution Required | $2,338.35 |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage.** When written consent is obtained it should be forwarded to my attention. <u>Once received, we will generate the loan documents to you for original signatures.</u> WFHM will then withdraw any proof of claim in this case and process, the modification as noted.
3476 STATEVIEW BLVD. FORT MILL, SC 29715
PHONE 803-396-4531 · OR: 1800-274-7025

If the case has already closed, forward our office a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

**THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE.**

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, WFHM does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call me at the number listed below, should you have any questions. I can also be reached by email at CRISTINA.LAYANA@WELLSFARGO.COM
I thank you for your time and support in this case.

SINCERELY,

CRISTINA LAYANA

Cc: SUWATANA ROCKLAND